**664**

Tador Kapinsky, defendant in error, v. Anna Hlawaty, plaintiff in error. Gen. No. 7,945.

Opinion filed May 9, 1929.
John J. Massieon and Butters & Butters, for plaintiff in error.
J. E. Malone, Jr., for defendant in error.
Mr. Presiding Justice Jones delivered the opinion of the court.

Amos Cadwell, appellee, v. J. E. Maley, appellant. Gen. No. 7,988.

Opinion filed May 9, 1929. Rehearing denied June 18, 1929.
J. E. Maley, pro se and Marshall, Lewis & Thompson, for appellant; S. M. Meadows, of counsel. R. D. Robinson, for appellee.
Mr. Presiding Justice Jones delivered the opinion of the court.

John Freeman and Emma Freeman, appellees, v. Sinclair Pipe Line Company, appellant. Gen. No. 8,010.

Opinion filed May 9, 1929.
Robert E. Larkin, for appellant. Arthur H. Shay, for appellees.
Mr. Presiding Justice Jones delivered the opinion of the court.

## Fourth District.

Industrial Acceptance Corporation, appellee, v. Illinois Bond & Investment Company, appellant.

Opinion filed February 1, 1929. Rehearing denied March 29, 1929.
Holt & Holt, for appellant. Wilson & Wilson, for appellee.
Mr. Justice Wolfe delivered the opinion of the court.